UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 23-60157-CIV-MARTINEZ**

RONNIE L. SMALLEY,

    Plaintiff,

v.

RAPID AUTO LOANS, LLC,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court upon the Parties' Stipulation of Dismissal Without Prejudice, (ECF No. 26). Accordingly, it is:

**ORDERED and ADJUDGED** that this action is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to mark this case as **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __9__ day of March, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record